UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLENA EFFINGER,                                                                                          Plaintiff,

v.                                                                                          Civil Action No. 3:17-cv-750-DJH-CHL

GLA COLLECTION COMPANY, INC.,                                                              Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 18)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.

May 23, 2018

**David J. Hale, Judge**
**United States District Court**